November 18, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00179-CV

ALICIA GLENNY, Appellant

V.

JEREMY EPPERSON, Appellee

This cause, an appeal from an "order denying petitioner's petition for indigency statuts," signed on October 8, 2025, was heard on the appellate record. We have inspected record and find no error in the order. We order the order of the court below **AFFIRMED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Alicia Glenny. We further order this decision certified below for observance.

Judgment Rendered November 18, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered Per Curiam.